UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AUDREY DOE, et al., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 11-00388 (MLCF) (ALC) |
| BOBBY JINDAL, et al., : | JUDGMENT AND ORDER |
| Defendants. : | |

This action having come before the Court pursuant to Federal Rule of Civil Procedure 56, and the Court having granted Plaintiffs' motion for summary judgment against Defendants on March 29, 2012 (Order and Reasons, Docket #103), now therefore:

IT IS HEREBY DECLARED, ORDERED, ADJUDGED AND DECREED that:

1. The application of the Registration of Sex Offenders, Sexually Violent Predators, and Child Predators law (Registry Law), La. R.S. § 15:540 *et seq.*, to those convicted of Crime Against Nature by Solicitation under La. R.S. § 14:89(A)(2) or La. R.S. § 14:89.2(A), and their inclusion on the State Sex Offender & Child Predator Registry (SOCPR) pursuant to La. R.S. § 15:542, deprives them of equal protection of the laws in violation of the Fourteenth Amendment to the United States Constitution;

2. Defendants must cease and desist from placing any individuals convicted of Crime Against Nature by Solicitation under La. R.S. § 14:89(A)(2) or La. R.S. § 14:89.2(A) on the SOCPR;

3. This Judgment and Order does not apply to La. R.S. § 14:89.2(C);

4. Defendants LeBlanc and Edmonson, in their official capacities, must remove Plaintiffs from the SOCPR within thirty (30) days of the entry of this Judgment and Order, following the procedures laid out in paragraph 4 of the Protective Order (Docket #83);

5. Defendants in their official capacities, and all persons under the control or supervision of Defendants, are permanently enjoined from disclosing Plaintiffs' prior inclusion on the SOCPR, and must remove Plaintiffs from any and all municipal, city and state databases which indicate that Plaintiffs were included on the SOCPR within thirty (30) days of the entry of this Judgment and Order;

6. Defendants LeBlanc and Edmonson, in their official capacities, must notify all municipal, state, and federal agencies that have been provided with information about Plaintiffs' inclusion on the SOCPR (including police departments, sheriff's departments, the United States Department of Justice, and the Department of Public Safety and Corrections and all its relevant subdivisions and offices, including the Louisiana State Police, the Division of Probation and Parole, and the Office of Motor Vehicles) of Plaintiffs' removal from the SOCPR and inform such agencies that Plaintiffs are no longer subject to the Registry Law within thirty (30) days of the entry of this Judgment and Order;

7. Defendant Gautreaux, in his official capacity, must provide Plaintiffs with new driver's licenses and/or identification cards without the words "Sex Offender," at no cost to Plaintiffs, within thirty (30) days of the entry of this Judgment and Order;

8. Counsel for Defendants shall provide this Court and counsel for Plaintiffs with a written report regarding their implementation of paragraphs 4, 5, 6 and 7 of this Judgment and Order within thirty (30) days of entry of this Judgment and Order;

9. This Judgment and Order is entered contingent upon Defendants' Stipulation waiving appeal of this Judgment and Order and this Court's Order and Reasons dated March 29, 2012 (Docket #103);

10. Costs and fees shall be awarded by the Court upon application by Plaintiffs pursuant to Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988.

11. This Court shall retain jurisdiction over this matter for 90 days after entry of this Judgment and Order to monitor and enforce compliance with this Judgment and Order.

Dated: April 11th, 2012

_____
The Honorable Martin L.C. Feldman